**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| JINWOO JUN; et al., | No. 11-73500 |
| Petitioners, | Agency Nos. A094-965-859 |
| v. | A094-965-858 |
|  | A094-965-857 |
| ERIC H. HOLDER, Jr., Attorney General, | A094-865-856 |
| Respondent. | MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 12, 2014[**]

Before:     McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Jinwoo Jun and his family, natives and citizens of South Korea, petition for review of the Board of Immigration Appeals' ("BIA") order dismissing their appeal from an immigration judge's ("IJ") decision denying their application for asylum, withholding of removal, and protection under the Convention Against

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Torture ("CAT").  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss the petition for review.

The IJ denied petitioners' claims based on an adverse credibility finding, and, alternatively, denied the adult petitioners' asylum claims as time-barred and denied the remaining claims on the merits.  The BIA found that petitioners did not raise any relevant challenges to the IJ's denial of asylum, withholding of removal, and CAT.  Thus, we lack jurisdiction to consider the arguments petitioners make in their opening brief.  *See Tall v. Mukasey*, 517 F.3d 1115, 1120 (9th Cir. 2008).

**PETITION FOR REVIEW DISMISSED.**